NDFL Prob 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## Northern District of Florida

UNITED STATES OF AMERICA

V

Crim. No. 1:00CR41-002

Jason Lumley-Anthony

On July 6, 2007, the above named was placed on Supervised Release for a period of Five years. He has complied with the rules and regulations of Probation and is no longer in need of Supervised Release supervision. It is accordingly recommended that Jason Lumley-Anthony be discharged from Supervised Release.

Respectfully submitted,

Beverly Stiefvater
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this 7TH day of October, 20 09.

Maurice M. Paul
Senior U.S. District Judge